UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  00-cr-00281-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

THADDEUS BRANDON MARTIN,

Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Monday, November 9, 2009 at 1:30 p.m.**

    Dated:  October 7, 2009